UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONNIE NESBITT,<br><br>　　　　　Petitioner<br><br>　　　　v.<br><br>WARDEN RICHARD IVES,<br><br>　　　　　Respondent. | Case No. CV 14-9866-BRO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

　　The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) Respondent's Motion To Dismiss Petition is GRANTED; and (2) the Petition is dismissed, without prejudice, for failure to exhaust administrative remedies.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 10, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE