1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

ONNIE NESBITT,

         Petitioner

       v.

WARDEN RICHARD IVES,

         Respondent.

Case No. CV 14-9866-BRO (GJS)

**JUDGMENT**

17
18
19
20

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

21
22

    IT IS ADJUDGED that this action is dismissed without prejudice.

23
24
25

DATE: July 10, 2015

_____

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

26
27
28